**Order entered February 18, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00583-CV

**J. WAYNE JOHNSON, GOD'S TABERNACLE OF DELIVERANCE, ET AL., Appellants**

**V.**

**HERRING BANK, ET AL., Appellees**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-15858**

## ORDER

Before the Court is appellant, J. Wayne Johnson's February 17, 2015, motion to extend deadline for filing a reply to appellees' brief. Appellant requested the same relief in a motion filed on February 11, 2015. On February 13, 2015, we granted appellant's February 11th motion and gave him his requested ten day extension. Accordingly, we **DENY** appellant's February 17, 2015, motion as moot. Appellant's reply brief is due no later than February 23, 2015.

/s/    CRAIG STODDART
        JUSTICE